UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
<u>     WESTERN     </u> DIVISION

UNITED STATES OF AMERICA,  (
Plaintiff                  (
                           (
vs.                        (    Criminal No. <u>4:23-cr-00180-DGK</u>
                           (
Terrance Andrew France     (
Defendant(s)               (

## ORDER OF REFERENCE TO
## UNITED STATES MAGISTRATE JUDGE

Jurisdiction for the above-styled probation/supervised release case was transferred to the Western District of Missouri on the <u>16th</u> day of <u>August</u>, <u>2023</u> and assigned to the undersigned United States District Judge.

Pursuant to Section 636(b), Title 28 United States Code, and Rule 72.1 of the Local Rules for the United States District Court for the Western District of Missouri, it is:

ORDERED that United States Magistrate Judge <u>Jill A. Morris</u> is designated to determine all preliminary matters and conduct any hearings necessary.

s/ Greg Kays
_____
United States District Judge

Kansas City    Missouri

Dated:  August 16, 2023